IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NICOLE LYN MARKS,

        Appellant,

 v.

                                                    Case No.  5D21-2286
                                                  LT Case No. 42-2018-CP-001649

JOSEPH WHITE, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONALD MARKS,
AND DARLA HALL,

        Appellees.

_____/

Decision filed August 30, 2022

Appeal from the Circuit Court
for Marion County,
Mary Hatcher, Judge.

John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for
Appellant.

John J. Pankauski, Andrew S. Kwan, and
Robert J. Hauser, of Pankauski Hauser
Lazarus PLLC, West Palm Beach, for
Appellees.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.